# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MEETRIX IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | CASE NO. 6:21-cv-01288-ADA |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| **ZOHO CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF OPPOSITION
### TO DEFENDANT'S MOTION TO TRANSFER

Plaintiff Meetrix IP, LLC ("Meetrix") submits this notice that it respectfully withdraws its opposition to Defendant Zoho Corporation's Motion to Transfer (Doc. No. 13).

Dated:  June 2, 2022

Respectfully submitted,

/s/   Andrew G. DiNovo
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
**WITTLIFF CUTTER PLLC**
1209 Nueces
Austin, Texas 78701
Telephone: (512) 960-4388
Facsimile:  (512) 960-4869

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                      */s/ Andrew G. DiNovo*
                                                                      Andrew G. DiNovo