IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-588-LY |
| | § | |
| ZOHO CORPORATION, | § | |
|     DEFENDANT. | § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE AND STAYING ACTION

**IT IS ORDERED** that the above-entitled and numbered cause is set for **Initial Pretrial Conference** in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Thursday, November 3, 2022, at 9:30 a.m.**

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the court, but should be prepared to discuss scheduling at the Initial Pretrial Conference. Included as Exhibit A to this order is a sample template that includes matters often addressed at Judge Yeakel's pre-claim-construction scheduling conferences. The parties may wish to meet and confer regarding these matters ahead of the Initial Pretrial Conference.

**IN ALL OTHER RESPECTS** this action **REMAINS STAYED** pending further order of the court.

SIGNED this 5th day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

*MEETRIX IP, LLC v. Zoho Corporation,*
Cause No. 1:22-CV-588-LY

## PRE*MARKMAN* SCHEDULING DEADLINES

| Case Management Deadlines | Date |
|---|---|
| Disclosure: Claims/Infringement | |
| Disclosure: Invalidity Contentions | |
| Identify Claims Terms to Be Construed | |
| Joint Claim Construction Statement | |
| Close of Claim Construction Discovery | |
| Opening Claim Construction Brief | |
| Reply Claim Construction Brief | |
| Tutorial | |
| *Markman* Hearing | |

**Exhibit A**