IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 NOV 22 PM 4:25
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CR_____
DEPUTY CLERK

| | |
|---|---|
| MEETRIX IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>    Defendant. | C.A. No. 22-cv-588-LY<br><br>**JURY TRIAL DEMANDED** |

### PRE-*MARKMAN* SCHEDULING ORDER

On November 3, 2022, the Court conducted an initial pretrial conference in the above-captioned case. All current parties appeared through counsel. As a result of such hearing, it is hereby ORDERED that the stay of the above action previously ordered by the Court (Dkt. 35) is hereby lifted for the proceedings specified in this Order.

IT IS FURTHER ORDERED that the following case management schedule of deadlines shall govern this case, pending further orders of this Court:

| Case Management Deadlines | Date |
|---|---|
| Disclosure: Claims/Infringement | January 12, 2023 |
| Disclosure: Invalidity Contentions | March 3, 2023 |
| Identify Claims Terms to Be Construed | March 17, 2023 |
| Joint Claim Construction Statement | March 31, 2023 |
| Close of Claim Construction Discovery | April 21, 2023 |
| Opening Claim Construction Brief | May 5, 2023 |
| Reply Claim Construction Brief | May 19, 2023 |
| Tutorial | May 31, 2023 at 9:30 a.m. |

| *Markman* Hearing | May 31, 2023 (after tutorial) |

**SIGNED AND SO ORDERED**, on this the _____ day of November 2022.

                                     _____
                                     LEE YEAKEL
                                     UNITED STATES DISTRICT JUDGE