UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-588-LY |
| ZOHO CORPORATION | § § | |
| Defendant. | § § § | |

**ORDER**

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that these proceedings are stayed pending the outcome of IPR2023-00371, IPR2022-00378, IPR2023-00379, IPR2022-00377, IPR2023-00380 and IPR2023-00382.

SIGNED AND ENTERED this _____ day of _____, 2023

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE

1