IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEETRIX IP, LLC, | § |
| | § |
| *Plaintiff*, | § |
| | §  CIVIL ACTION NO. 1:22-cv-00588-LY |
| v. | § |
| | § |
| ZOHO CORPORATION, | § |
| | § |
| *Defendant.* | § |

## ORDER

This Court, having reviewed and considered Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review ("Motion"), and all related filings in support of and in opposition to the Motion, is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review is hereby DENIED.

SIGNED this _____ day of _____, 2023.

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE