UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEETRIX IP, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>ZOHO CORPORATION<br><br>            Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No. 1:22-cv-588-LY<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION ON AMENDMENT OF PLEADING AND TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff Meetrix IP, LLC ("Plaintiff") and Defendant Zoho Corporation ("Defendant") (collectively, "the parties") hereby jointly provide notice that the parties have stipulated to Plaintiff's filing of the attached proposed Second Amended Complaint (*see* Exhibit A ("SAC")), dependent upon extension of the case management deadlines by approximately 30 days.

On January 17, 2023, Plaintiff notified Defendant that it would be serving infringement contentions for U.S. Patent No. 8,477,778 (the "'778 patent"), a patent not previously asserted in this case, which Plaintiff would seek to add to its pleading.  Zoho agreed to allow the SAC, so long as the case management deadlines could be extended by approximately 30 days and Zoho's consent to allow amendment to add the '778 patent would not prejudice Zoho on its motion to stay pending *inter partes* review of the four patents-in-suit.

Therefore, subject to the Court's approval, the parties respectfully request the Court enter the attached proposed order permitting the filing of the proposed SAC and extending the case management deadlines as follows:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| Fri., March 3, 2023 | Fri., April 7, 2023 | Disclosure: Invalidity Contentions |
| Fri., March 17, 2023 | Mon., April 17, 2023 | Identify Claims Terms to Be Construed |
| Fri., March 31, 2023 | Mon., May 1, 2023 | Joint Claim Construction Statement |
| Fri., April 21, 2023 | Mon., May 22, 2023 | Close of Claim Construction Discovery |
| Fri., May 5, 2023 | Mon., June 5, 2023 | Opening Claim Construction Brief |
| Fri., May 19, 2023 | Mon., June 19, 2023 | Reply Claim Construction Brief |
| Wed., May 31, 2023 @ 9:30am | Wed., June 28, 2023 @ 9:30am (or otherwise scheduled by the Court) | Tutorial |
| Wed., May 31, 2023 (after tutorial) | Wed., June 28, 2023 (or otherwise scheduled by the Court) | *Markman* Hearing |

Dated:  February 24, 2023                            Respectfully submitted,

/s/   Andrew G. DiNovo                                 /s/   Ryan J. Marton
Andrew G. DiNovo                                       Darryl J. Adams
Texas State Bar No. 00790594                           Texas State Bar No. 00796101
adinovo@dinovoprice.com                                dadams@sgbfirm.com
**DINOVO PRICE LLP**                                   **SLAYDEN GRUBERT BEARD PLLC**
7000 N. MoPac Expressway, Suite 350                    401 Congress Avenue, Suite 1650
Austin, Texas 78731                                    Austin, Texas 78701
Telephone: (512) 539-2626                              Telephone: (512) 402-3550
Facsimile:  (512) 539-2627                             Facsimile:  (512) 402-6865

John D. Saba, Jr.                                      Ryan J. Marton (*Pro Hac Vice*)
Texas State Bar No. 24037415                           ryan@martonribera.com
john@wittliffcutter.com                                Carolyn Chang *(Pro Hac Vice)*
**WITTLIFF CUTTER PLLC**                               carolyn@martonribera.com
1209 Nueces                                            Phillip Haack *(Pro Hac Vice)*
Austin, Texas 78701                                    phaack@martonribera.com
Telephone: (512) 960-4388                              **MARTON RIBERA SCHUMANN &**
Facsimile:  (512) 960-4869                             **CHANG LLP**
                                                       548 Market St., Suite 36117
**COUNSEL FOR PLAINTIFF**                              San Francisco, CA 94104
                                                       Telephone: (415) 360-2515

                                                       **COUNSEL FOR DEFENDANT**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on February 24, 2023.

*/s/ Ryan J. Marton*
