UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 22-cv-588-LY |
| ZOHO CORPORATION | § § | |
| Defendant. | § § § | |

**ORDER GRANTING JOINT MOTION ON AMENDMENT OF PLEADING AND TO EXTEND CASE MANAGEMENT DEADLINES**

Before the Court is Plaintiff Meetrix IP, LLC's and Defendant Zoho Corporation's Joint Motion on Amendment of Pleading and to Extend Case Management Deadlines (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby GRANTS the Motion and hereby ORDERS as follows:

1. That Plaintiff be permitted to file the proposed Second Amended Complaint which was submitted as Exhibit A to the Motion; and

2. That the following case management deadlines in the above-referenced cause be amended as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| Fri., March 3, 2023 | Fri., April 7, 2023 | Disclosure: Invalidity Contentions |
| Fri., March 17, 2023 | Mon., April 17, 2023 | Identify Claims Terms to Be Construed |
| Fri., March 31, 2023 | Mon., May 1, 2023 | Joint Claim Construction Statement |
| Fri., April 21, 2023 | Mon., May 22, 2023 | Close of Claim Construction Discovery |
| Fri., May 5, 2023 | Mon., June 5, 2023 | Opening Claim Construction Brief |

1

| | | |
|---|---|---|
| Fri., May 19, 2023 | Mon., June 19, 2023 | Reply Claim Construction Brief |
| Wed., May 31, 2023 @ 9:30am | Wed., June 28, 2023 @ 9:30am (or otherwise scheduled by the Court) | Tutorial |
| Wed., May 31, 2023 (after tutorial) | Wed., June 28, 2023 (or otherwise scheduled by the Court) | *Markman* Hearing |

ORDERED this ___ day of _____ 2023

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE