**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MEETRIX IP, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION § <br> § <br> Defendant. § <br> § | Civil Action No. 1:22-cv-00588-DII |

**JOINT STATUS REPORT ON PETITIONS FOR *INTER PARTES* REVIEW OF U.S. PATENT NOS. 8,339,997, 9,094,525, 9,253,332, AND 9,843,612**

Plaintiff Meetrix IP, LLC ("Meetrix") and Defendant Zoho Corporation ("Zoho") hereby submit the following joint status report pursuant to the Court's February 28, 2023 Order on Motion to Stay (D.I. 43), which ordered the parties to advise the Court on or before July 31, 2023, of any action taken by the USPTO related to U.S. Patent No. 8,339,997 (the "'997 patent"), U.S. Patent No. 9,094,525 (the "'525 patent"), U.S. Patent No. 9,253,332 (the "'332 patent"), and U.S. Patent No. 9,843,612 (the "'612 patent") (collectively, the "Asserted Patents").

The parties hereby advise the Court that the USPTO recently issued the following decisions granting all six petitions for *inter partes* review ("IPRs") on the Asserted Patents filed by Zoho:

1. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00371, Paper 6 (PTAB July 19, 2023) (instituting IPR on petition challenging claims 1-10 of the '997 patent);

2. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho*

1

*Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00377, Paper 6 (PTAB July 20, 2023) (instituting IPR on petition challenging claims 1-12 of the '332 patent);

3. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00378, Paper 6 (PTAB July 20, 2023) (instituting IPR on petition challenging claims 1-8 of the '525 patent);

4. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00379, Paper 6 (PTAB July 20, 2023) (instituting IPR on petition challenging claims 9-20 of the '525 patent);

5. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00380, Paper 6 (PTAB July 20, 2023) (instituting IPR on petition challenging claims 10-18 of the '612 patent); and

6. Decision Granting Institution of *Inter Partes* Review, *Zoho Corp. and Zoho Corp. Pvt. Ltd. v. Meetrix IP, LLC*, IPR2023-00382, Paper 6 (PTAB July 20, 2023) (instituting IPR on petition challenging claims 19-29 of the '612 patent).

Dated:  July 27, 2023

*/s/  Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
WITTLIFF CUTTER PLLC
1209 Nueces
Austin, Texas 78701
Telephone: (512) 960-4388
Facsimile:  (512) 960-4869

*Attorneys for Plaintiff Meetrix IP, LLC*

Respectfully submitted,

*/s/   Ryan J. Marton*
Ryan J. Marton (*Pro Hac Vice admitted*)
ryan@martonribera.com
Carolyn Chang (*Pro Hac Vice admitted*)
carolyn@martonriber.com
Phillip Haack (*Pro Hac Vice admitted*)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile:  (512) 402-6865

*Attorneys for Defendant Zoho Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on July 27, 2023.

>   */s/ Ryan J. Marton*
>   Ryan J. Marton