IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:22-cv-00588-DII |
| ZOHO CORPORATION, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Joint Status Report on Petitions for *Inter Partes* Review of U.S. Patent Nos. 8,339,997, 9,094,525, 9,253,332, and 9,843,612, informing the Court that the USPTO recently issued decisions granting all six petitions for *inter partes* review on the Asserted Patents filed by Defendant Zoho Corporation. (Dkt. 45).

**IT IS ORDERED** that the parties file a joint status report on a quarterly basis advising the Court on the status of the *inter partes* review proceedings in this matter, with the first being due on or before **August 28, 2023**.

**SIGNED** on July 28, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE