IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-588-DII |
| | § | |
| ZOHO CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 28, 2023, the Corut stayed this case pending *inter parties* review. (Dkt. 43). The Court ordered the parties to file quarterly status reports regarding the IPR proceeding. Although the parties filed their first status report on July 27, 2023, (Dkt. 45), their subsequent status report is past due. Accordingly, **IT IS ORDERED** that the parties file a status report on or before **November 8, 2023**. **IT IS FURTHER ORDERED** that the parties continue to file status reports every three months.

**SIGNED** on November 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE