UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEETRIX IP, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | Civil Action No. 1:22-cv-00588-DII |
| § | |
| ZOHO CORPORATION § | |
| § | |
| Defendant. § | |
| § | |

**JOINT STATUS REPORT ON *INTER PARTES* REVIEW PROCEEDINGS OF U.S. PATENT NOS. 8,339,997, 9,094,525, 9,253,332, AND 9,843,612**

Plaintiff Meetrix IP, LLC ("Meetrix") and Defendant Zoho Corporation ("Zoho") hereby submit the following joint status report pursuant to the Court's November 1, 2023 Order (D.I. 47) which ordered the parties to file status reports on the six pending *inter partes* review ("IPR") proceedings[1] related to U.S. Patent No. 8,339,997 (the "'997 patent"), U.S. Patent No. 9,094,525 (the "'525 patent"), U.S. Patent No. 9,253,332 (the "'332 patent"), and U.S. Patent No. 9,843,612 (the "'612 patent") (collectively, the "Asserted Patents").

The parties hereby advise the Court that Petitioners filed reply briefs in support of the IPR petitions on January 12, 2024. Meetrix is due to file its patent owner sur-replies on February 20, 2024. Oral argument, if any, is scheduled to take place on April 23, 2024.

As requested by the Court in its November 1, 2023 Order, the parties shall file with the Court a further status report regarding the pending IPR proceedings no later than **May 1, 2024**.

---

[1] *See* IPR2023-00371; IPR2023-00377; IPR2023-00378; IPR2023-00379; IPR2023-00380; and IPR2023-00382.

1

Dated:  February 1, 2024

/s/  *Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile:  (512) 539-2627

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
WITTLIFF CUTTER PLLC
1209 Nueces
Austin, Texas 78701
Telephone: (512) 960-4388
Facsimile:  (512) 960-4869

*Attorneys for Plaintiff Meetrix IP, LLC*

Respectfully submitted,

/s/   *Ryan J. Marton*
Ryan J. Marton (*Pro Hac Vice admitted*)
ryan@martonribera.com
Carolyn Chang (*Pro Hac Vice admitted*)
carolyn@martonriber.com
Phillip Haack (*Pro Hac Vice admitted*)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile:  (512) 402-6865

*Attorneys for Defendant Zoho Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on February 1, 2024.

                                             */s/ Ryan J. Marton*
                                             Ryan J. Marton