IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MEETRIX IP, LLC,** | § |
| | § |
| Plaintiff, | § |
| | § CASE NO. 1:22-cv-00588-DII |
| v. | § |
| | § |
| **ZOHO CORPORATION,** | § JURY TRIAL DEMANDED |
| | § |
| Defendant. | § |

**JOINT STATUS REPORT ON *INTER PARTES* REVIEW PROCEEDINGS OF U.S. PATENT NOS. 8,339,997, 9,094,525, 9,253,332, AND 9,843,612**

Plaintiff Meetrix IP, LLC ("Meetrix") and Defendant Zoho Corporation ("Zoho") hereby submit the following joint status report pursuant to the Court's November 1, 2023 Order (D.I. 47) which ordered the parties to file status reports on the six pending inter partes review proceedings ("IPR") related to U.S. Patent No. 8,339,997 (the "'997 patent"), U.S. Patent No. 9,094,525 (the "'525 patent"), U.S. Patent No. 9,253,332 (the "'332 patent"), and U.S. Patent No. 9,843,612 (the "'612 patent") (collectively, the "Asserted Patents").

The parties hereby advise the Court that oral argument on the six IPR proceedings took place on April 25, 2024. The parties now await the Board's Final Written Decisions.

As requested by the Court, the parties shall file another status report regarding the pending IPR proceedings no later than August 1, 2024.

| | |
|---|---|
| Dated:  May 1, 2024 | Respectfully submitted, |
| */s/     Andrew G. DiNovo* <br> Andrew G. DiNovo <br> Texas State Bar No. 00790594 <br> adinovo@dinovoprice.com <br> **DiNovo Price LLP** <br> 7000 N. MoPac Expressway, Suite 350 <br> Austin, TX 78731 <br> Tel: (512) 539-2631 <br> Fax: (512) 727-6691 <br><br> John D. Saba, Jr. <br> Texas State Bar No. 24037415 <br> john@wittliffcutter.com <br> **Wittliff Cutter PLLC** <br> 1209 Nueces <br> Austin, TX 78701 <br> Tel: (512) 960-4388 <br> Fax: (512) 960-4869 <br><br> *Attorneys for Plaintiff Meetrix IP, LLC* | */s/     Ryan J. Marton* <br> Ryan J. Marton (admitted *Pro Hac Vice*) <br> ryan@martonribera.com <br> Carolyn Chang (admitted *Pro Hac Vice*) <br> carolyn@martonribera.com <br> Phillip Haack (admitted *Pro Hac Vice*) <br> phaack@martonribera.com <br> MARTON RIBERA SCHUMANN & CHANG LLP <br> 548 Market St., Suite 36117 <br> San Francisco, CA 94104 <br> Tel: (415) 360-2515 <br><br> Darryl J. Adamas <br> Texas State Bar No. 00796101 <br> dadams@sgbfirm.com <br> SLAYDEN GRUBERT BEARD PLLC <br> 401 Congress Avenue, Suite 1650 <br> Austin, TX 78701 <br> Tel: (512) 402) 3550 <br> Fax: (512) 402-6865 <br><br> *Attorneys for Defendant Zoho Corporation* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                            */s/ Andrew G. DiNovo*
                                                            Andrew G. DiNovo