IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEETRIX IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:22-CV-588-DII |
| | § | |
| ZOHO CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 28, 2023, the Corut stayed this case pending *inter parties* review. (Dkt. 43). The Court ordered the parties to file quarterly status reports regarding the IPR proceeding. The parties' most recent status report is past due. Accordingly, **IT IS ORDERED** that the parties file a status report on or before **August 19, 2024**. **IT IS FURTHER ORDERED** that the parties continue to file status reports every three months.

**SIGNED** on August 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE