IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MEETRIX IP, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:22-cv-00588-DII |
| v. | § | |
| | § | |
| **ZOHO CORPORATION,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**JOINT STATUS REPORT ON *INTER PARTES* REVIEW PROCEEDINGS OF U.S. PATENT NOS. 8,339,997, 9,094,525, 9,253,332, AND 9,843,612**

Plaintiff Meetrix IP, LLC ("Meetrix") and Defendant Zoho Corporation ("Zoho") hereby submit the following joint status report pursuant to the Court's November 1, 2023 Order (D.I. 47) which ordered the parties to file status reports on the six pending inter partes review proceedings ("IPR") related to U.S. Patent No. 8,339,997 (the "'997 patent"), U.S. Patent No. 9,094,525 (the "'525 patent"), U.S. Patent No. 9,253,332 (the "'332 patent"), and U.S. Patent No. 9,843,612 (the "'612 patent") (collectively, the "Asserted Patents").

On July 16, 2024, the United States Patent Trial and Appeal Board ("Board") issued Final Written Decisions in all six IPR proceedings. In summary, the Board found all challenged claims of the '997 patent, '332 patent and '612 patent unpatentable. The Board found claims 9-16 of the '525 patent unpatentable but determined that claims 17-20 of the '525 patent were not unpatentable. The parties are evaluating whether to appeal the Board's decisions.

As requested by the Court, the parties shall file another status report regarding the pending IPR proceedings no later than November 19, 2024 unless the Court orders otherwise.

Dated: August 19, 2024

*/s/      Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
**DiNovo Price LLP**
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Tel: (512) 539-2631
Fax: (512) 727-6691

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
**Wittliff Cutter PLLC**
1209 Nueces
Austin, TX 78701
Tel: (512) 960-4388
Fax: (512) 960-4869

*Attorneys for Plaintiff Meetrix IP, LLC*

Respectfully submitted,

*/s/      Ryan J. Marton*
Ryan J. Marton (admitted *Pro Hac Vice*)
ryan@martonribera.com
Carolyn Chang (admitted *Pro Hac Vice*)
carolyn@martonribera.com
Phillip Haack (admitted *Pro Hac Vice*)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market St., Suite 36117
San Francisco, CA 94104
Tel: (415) 360-2515

Darryl J. Adamas
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Avenue, Suite 1650
Austin, TX 78701
Tel: (512) 402) 3550
Fax: (512) 402-6865

*Attorneys for Defendant Zoho Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo
