**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MEETRIX IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION, <br><br> Defendant. | CASE NO. 1:22-cv-00588-DII <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT ON *INTER PARTES* REVIEW PROCEEDINGS OF**
**U.S. PATENT NOS. 8,339,997, 9,094,525, 9,253,332, AND 9,843,612**

Plaintiff Meetrix IP, LLC ("Meetrix") and Defendant Zoho Corporation ("Zoho") hereby submit the following joint status report pursuant to the Court's November 1, 2023 Order (D.I. 47) which ordered the parties to file status reports on the six pending inter partes review proceedings ("IPR") related to U.S. Patent No. 8,339,997 (the "'997 patent"), U.S. Patent No. 9,094,525 (the "'525 patent"), U.S. Patent No. 9,253,332 (the "'332 patent"), and U.S. Patent No. 9,843,612 (the "'612 patent") (collectively, the "Asserted Patents").

On July 16, 2024, the United States Patent Trial and Appeal Board ("Board") issued Final Written Decisions in all six IPR proceedings. In summary, the Board found all challenged claims of the '997 patent, '332 patent and '612 patent unpatentable. The Board found claims 9-16 of the '525 patent unpatentable but determined that claims 17-20 of the '525 patent were not unpatentable.

On September 17, 2024, Meetrix filed Notices of Appeal with the United States Court of Appeals for the Federal Circuit relative to Case IPR2023-00377 (U.S. Patent No. 9,253,332); Case IPR2023-00378 (U.S. Patent No. 9,094,525); Case IPR2023-00382 (U.S. Patent No. 9,843,612).

Zoho filed no appeal relative to claims 17-20 of the '525 patent.

As requested by the Court, the parties shall file another status report regarding the pending IPR proceedings no later than February 19, 2024 unless the Court orders otherwise.

Dated:  November 19, 2024                    Respectfully submitted,

/s/      Andrew G. DiNovo                         /s/      Ryan J. Marton
Andrew G. DiNovo                              Ryan J. Marton (admitted *Pro Hac Vice*)
Texas State Bar No. 00790594                  ryan@martonribera.com
adinovo@dinovoprice.com                       Carolyn Chang (admitted *Pro Hac Vice*)
**DiNovo Price LLP**                          carolyn@martonribera.com
7000 N. MoPac Expressway, Suite 350           Phillip Haack (admitted *Pro Hac Vice*)
Austin, TX 78731                              phaack@martonribera.com
Tel: (512) 539-2631                           MARTON  RIBERA  SCHUMANN  &
Fax: (512) 727-6691                           CHANG LLP
                                              548 Market St., Suite 36117
John D. Saba, Jr.                             San Francisco, CA 94104
Texas State Bar No. 24037415                  Tel: (415) 360-2515
john@wittliffcutter.com
**Wittliff Cutter PLLC**                      Darryl J. Adamas
1209 Nueces                                   Texas State Bar No. 00796101
Austin, TX 78701                              dadams@sgbfirm.com
Tel: (512) 960-4388                           SLAYDEN GRUBERT BEARD PLLC
Fax: (512) 960-4869                           401 Congress Avenue, Suite 1650
                                              Austin, TX 78701
*Attorneys for Plaintiff Meetrix IP, LLC*     Tel: (512) 402) 3550
                                              Fax: (512) 402-6865

                                              *Attorneys for Defendant Zoho Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo
